NIXON R. CALIX

VERSUS

IDEAL MARKET # 6, HAMDALLAH,
L.L.C., KAKI AND SON, LLC.,
HAMDALLAH HASAN "MARIO" KAKI,
MUWAFAK "MIKE" KAKI, MONADEL
"CORY" ELBARQA, NOFAL "GEORGE"
HAIFA JOHN DOES 1-4, EL CORTEZ
FOODS, LLC, AND ABC & XYZ
INSURANCE COMPANY

NO. 21-CA-555

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

---

August 25, 2022

---

Susan Buchholz

Chief Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Jude G. Gravois,
Robert A. Chaisson, and John J. Molaison, Jr.

**DENIED WITHOUT REASONS**

**JGG**
**RAC**
**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
Chief Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

.

FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/25/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 21-CA-555

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Ellen Shirer Kovach (District Judge)

| | | |
|---|---|---|
| Benjamin B. Perkins (Appellant) | Edward L. Moreno (Appellant) | Kelly S. Rizzo (Appellant) |
| Raymond A. Pelleteri, Jr. (Appellant) | Emily S. Morrison (Appellee) | |

### MAILED

Christian A. Galleguillos (Appellant)
John W. Redmann (Appellant)
Lisa Z. Gilmore (Appellant)
Travis J. Causey, Jr. (Appellant)
Attorneys at Law
1101 Westbank Expressway
Gretna, LA 70053

Ashley G. Haddad (Appellee)
Darrin M. O'Connor (Appellee)
Attorneys at Law
408 North Columbia Street
Covington, LA 70433